| | | |
|---|---|---|
| ATTORNEY GRIEVANCE<br>COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | |
| GEORGE ALAN TEITELBAUM | * | AG No. 43<br>September Term, 2023 |
| | * | |

## O R D E R

Following the filing of the petition for disciplinary or remedial action, in which Bar Counsel charged that respondent had been disciplined by the District of Columbia Court of Appeals for violation of Rule 1.15(a) of the District of Columbia Rules of Professional Conduct, the Court required the parties to show cause why reciprocal discipline should not be imposed. Respondent did not respond to the order to show cause. Bar Counsel did respond and recommended corresponding discipline.

It is, therefore, this 31st day of May 2024, by the Supreme Court of Maryland,

ORDERED that George Alan Teitelbaum is suspended from the practice of law in Maryland for 30 days; and it is further

ORDERED that the suspension is stayed in favor of one year of unsupervised probation under the same conditions imposed by the District of Columbia Court of Appeals.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk